IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GILBERTO VALDIVIA, | : |
| Plaintiff, | : Civil Action Number: |
| vs. | : 1:12-cv-00215-RWS |
| GRANCO, INC. and RYAN GLEN KEMPF, | : |
| Defendants. | : |

## ORDER

Pending before the Court is a Joint Motion for Review and Approval of Settlement Agreement. The Parties have provided the Court with the proposed Settlement Agreement and Final Release of All Claims.

The Court finds that the parties were represented by independent counsel. The Court further finds that the proposed settlement reflects a fair and reasonable resolution of a bona fide dispute. See *Lynn's Food Stores, Inc., v. United States Department of Labor*, 679 F.2d 1350 (11th Cir. 1982). For good cause shown, the proposed Settlement is approved. The Court shall retain jurisdiction over the matter pending final execution of the Agreement.

Richard W. Story
Judge, United States District Court